UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Christopher Crosby

   v.                                         Civil No. 12-cv-383-SM

Donna Roy, et al.


**NOTICE OF RULING**

    Re:  Document No. 23, Proposed Discovery Plan

    Ruling: A pretrial conference was scheduled to occur on August 7, 2013. Counsel for plaintiff and the represented defendants appeared, but the court was unable to connect with the prison via video-conference so that defendant Braley could, as planned, appear on his own behalf. The hearing was cancelled for that reason.

    The sole reason for the hearing is for the court to issue a scheduling order for the case. All other parties have expressed agreement with, and defendant Braley has not objected to, the proposed discovery plan (doc. no. 23). The court will give Mr. Braley until August 22, 2013, to file any objections to the proposed discovery plan or to notify the court that he has no objections. The court will hold its ruling on document no. 23 in abeyance, including the decision whether a hearing is necessary, until after this time-period.

                                                               _____
                                                                Landya McCafferty
                                                                United States Magistrate Judge

Date: August 8, 2013

cc: Robert A. Shaines, Esq.
    Jacob John Brian Marvelley, Esq.
    Daniel J. Mullen, Esq.
    Jacob Braley, pro se